UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PATRICIA REMA COLEMAN

                   Plaintiff,               5:14-cv-1521
                                                       (GLS/TWD)
        v.

SYRACUSE NEW YORK et al.

                  Defendants.
_____
**APPEARANCES:**                 **OF COUNSEL:**

**FOR THE PLAINTIFF:**

PATRICIA REMA COLEMAN
Plaintiff *Pro Se*
Leigh County Prison
38 North 4th Street
Allentown, PA 18102

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-

Recommendation and Order by Magistrate Judge Therese Wiley Dancks,

duly filed on January 14, 2016. (Dkt. No. 12.) Following fourteen days

from the service thereof, the Clerk has sent the file, including any and all

objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that this action is DISMISSED with prejudice, for failure to prosecute; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's local rules.

**IT IS SO ORDERED.**

February 24, 2016
Albany, New York

_Gary L. Sharpe_
Gary D. Sharpe
U.S. District Judge